UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:18-cr-00129-JPH-TAB |
| KEITH ANTHONY BICKETT, | ) -01 |
| Defendant. | ) |

**ORDER GRANTING IN PART REQUEST FOR COPIES**

Defendant Keith Anthony Bickett's motion for copies, dkt [64], is **granted in part and denied in part.** The motion is granted to the extent that the **clerk is directed** to include a copy of the following along with the defendant's copy of this Entry.

1. Public Docket Sheet;

2. Stipulated Factual Basis filed on November 15, 2019, dkt [58]; and

3. Judgment (includes supervised release conditions and statement of reasons), dkt [60].

The motion is denied to the extent that the Court will not provide Mr. Bickett with a copy of his trial transcripts. This is because Mr. Bickett pled guilty and no trial was held in this case. To the extent Mr. Bickett can be understood to seek a copy of his sentencing transcripts, that request is also denied. This is because the sentencing transcript does not exist at this time and will not be produced at public expense based on the defendant's mere request. To obtain a transcript at government expense for an appeal, a defendant must (1) qualify as indigent; and (2) show that the proposed appeal is "not frivolous but presents a substantial question." 28 U.S.C. § 753(f). A defendant must make the same showing to obtain free copies of records and

1

transcripts for purposes of a proceeding that is collateral to his underlying conviction. *See, e.g., Walton v. Davis*, 730 F. App'x 233, 234 (5th Cir. 2018) (per curiam) (emphasizing that "[a]n indigent defendant has no constitutional right to acquire a copy of his transcripts or court records for use in a collateral proceeding") (citing *United States v. MacCollom*, 96 S. Ct. 2086, 2092 (1976)). These circumstances are not present at this time. If the defendant wishes to contact the Court Reporter and arrange for the payment of the transcript, he may do so. The Court Reporter can be contacted at:

> Jodie Franzen, Court Reporter
> U.S. Courthouse, Rm 309
> 46 East Ohio Street
> Indianapolis, IN  46204

Future copy requests should include reference to the docket number indicating where the document can be located.

Finally, Mr. Bickett is notified that the copies he requests are all public records such that they are not entitled to any special protections as "legal mail."

**SO ORDERED.**

Date: 4/13/2020

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel

Keith Bickett
Reg. No. 16330-028
Beckley Federal Correctional Institution
P.O. Box 350
Beaver, WV  25813

2